UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEAN KITTLESON and
ALYSSA KITTLESON

    Plaintiffs,

v.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.

_____/

CASE NO.: 2:23-cv-1012

## COMPLAINT

Plaintiffs, Sean Kittleson and Alyssa Kittleson ("Plaintiffs"), by and through undersigned counsel, files this complaint against Defendant, Wright National Flood Insurance Company ("Defendant"), alleging as follows:

### Jurisdiction and Venue

1. Jurisdiction over this dispute is exclusive to this Court pursuant to 42 U.S.C. §4053 and §4072. Jurisdiction is also appropriate in this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367.

2. Venue is proper in this Court pursuant to 42 U.S.C. §4053 and §4072, and 28 U.S.C. §1391, as the Judicial District in which the insured property is located.

### The Parties

3. The Plaintiffs are individuals residing in Lee County, Florida.

4. At all material times, the Plaintiff was the owner of a building and contents located at 4525 SW 1st Avenue, Cape Coral, Florida 33914.

5. The Defendant was and is a duly organized private insurance company and/or an association of insurance companies, licensed and duly authorized to conduct business in the Lee County Florida, and otherwise availing itself of the rights, remedies and jurisdiction of the State of Florida.

6. The Defendant, was at all material times a Write-Your-Own carrier authorized to issue Standard Flood Insurance Policies ("SFIP") to property owners in the State of Florida under the National Florida Insurance Act of 1968, *see* 42 U.S.C. § 4001, *et. seq.* ("NFIA"), and the National Flood Insurance Program ("NFIP") administered by the Federal Emergency Management Agency ("FEMA").

## Operative Facts

7. Prior to September 28, 2022, United Property & Casualty Insurance Company for good and valuable consideration, issued a SFIP to the Plaintiffs, bearing policy number 87-05611981-2022 (NFIP Policy Number 8705611981), insuring against risk of loss to Plaintiff's building and contents. A copy of the declarations page of the insurance policy is attached as **Exhibit "A"**.

8. As of September 28, 2022, the Plaintiffs had timely paid all premiums due to United Property & Casualty Insurance Company for the SFIP, and the SFIP was in full force and effect at all times material to this action.

9. On or about September 28, 2022, the Plaintiffs suffered loss and physical damage to the property as a result of flooding, a peril covered under the SFIP.

10. Plaintiffs provided timely and sufficient notice to the United Property & Casualty Insurance Company of the losses, damages and claims being asserted on the SFIP.

11. United Property & Casualty Insurance Company subsequently acknowledged the claim and inspected the property.

12. On or about November 10, 2022, United Property & Casualty Insurance Company provided notice to the Plaintiff that the subject claim was denied. A copy of the notice is attached as **Exhibit "B"**.

13. On or about February 27, 2023, United Property & Casualty Insurance Company was declared insolvent and the Defendant assumed the rights, obligations, and liability for the insurance policy issued by United Property & Casualty Insurance Company to the Plaintiff, including the claim which is the subject of this action.

14. The Defendant subsequently assigned the Plaintiff's policy and claim new identifying numbers, 09-1152454402-07 and 23-003037 respectively.

15. Defendant has had sufficient opportunity to investigate, appraise and adjust the loss.

16. Plaintiffs have otherwise complied with and satisfied all conditions precedent and obligations under the policy.

17. Plaintiffs have hired the undersigned law firm to pursue the subject claim and is obligated to pay the firm a reasonable fee for its legal services.

18. Plaintiffs are entitled to recover their attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 to the extent that the Defendant is an agency or agent of the United States of America.

## Count 1 – Breach of the Insurance Policy

19. The Plaintiffs reaffirm and reallege the allegations contained in paragraphs 1 through 18 above, and further allege:

20. The damages and losses sustained by the Plaintiffs on or about September 28, 2022, were covered under the insurance policy and no exclusions or policy conditions exist to bar coverage.

21. Although the Plaintiffs have satisfied all obligations and conditions under the policy, the Defendant failed to fully indemnify the Plaintiff for the full value of the losses sustained.

22. Defendant's failure to fully indemnify the Plaintiffs for all covered losses sustained represents a material breach of the insurance policy.

23. As a direct result of Defendant's breach, the Plaintiffs have and continue to suffer damages.

24.

WHEREFORE, the Plaintiffs, Sean Kittleson and Alyssa Kittleson, respectfully demand entry of a judgment in their favor and against the Defendant, Wright National Flood Insurance Company, for all proceeds due under the subject insurance policy as to be determined at a trial, together with pre and post judgment interest and costs as allowable by law, attorney's fees, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the CM/ECF on all counsel of record on this 9th day of November 2023.

**FLORIN ROEBIG, PA**
*/s/ Hal Weitzenfeld*

_____

**HAL S. WEITZENFELD, ESQ.**
FBN: 645826 (Lead Counsel)

**CHASE P. FLORIN, B.C.S.**
FBN: 102615
**PETER L. COLASANTE, ESQ.**
FBN: 1033241

777 Alderman Road  
Palm Harbor, FL 34683  
Telephone: (727) 786-5000  
Fax: (727) 772-9833  
Service Emails:  
FPService@florinroebig.com  
Hweitzenfeld@florinroebig.com  
Chase@florinroebig.com  
PColasante@florinroebig.com  
KSmith@florinroebig.com  
**Attorneys for Plaintiffs**
